IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JAIMIE LINTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.  3:13-CV-01233-SMY-PMF |
| | ) | |
| ROBERT HERTZ, INDIVIDUALLY, | ) | |
| AND AS SHERIFF OF MADISON | ) | |
| COUNTY, ILLINOIS, MADISON | ) | |
| COUNTY SHERIFF'S OFFICE, | ) | |
| AND MADISON COUNTY, ILLINOIS, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR DISMISSAL**

NOW COMES the Plaintiff, Jaimie Linton, by counsel, Eric Rhein, and hereby moves to dismiss this case, with prejudice.

Respectfully submitted,

/s/ Eric M. Rhein
Eric M. Rhein, #06186203
Attorney for Jaimie Linton
6897 West Main Street
Belleville, IL 62223
(618) 394-9230 (Phone)
(618) 394-9404 (Fax)
erhein@charter.net
emrhein-attorney.com

<u>PROOF OF SERVICE</u>

   The undersigned certifies that a copy of the foregoing document was emailed to the following on January 15, 2015:

jgilbert@sandbergphoenix.com
nsymank@sandbergphoenix.com

               /s/ Eric M. Rhein_____

Case 3:13-cv-01233-SMY-PMF   Document 28   Filed 01/15/15   Page 3 of 4   Page ID #106